Name: DANNY JOE HIRSCHFIELD
Address: 313 70TH STREET
CAPITOL HEIGHTS, MARYLAND 20743
Phone: (202) 7145576
Fax:

In Pro Per

**FILED**
JAN 18 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY
NUNC PRO TUNC
JAN 13 2012

# UNITED STATES DISTRICT COURT
## SOUTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

DANNY JOE HIRSCHFIELD
Plaintiff
v.
U.S. BORDER PATROL, ET. AL.
Defendant(s).

CASE NUMBER: 11CV2769 DMS (BLM)

TITLE OF PLEADING
MOTION TO EXTEND
REQUEST FOR TIME (EXTENSION)

TO WHOM IT MAY CONCERN,
I AM REQUESTING FROM THE COURT, TO GRANT, MORE TIME ON CASE WITH LEAVE TO AMEND. THE JUDGMENT SAID MY COMPLAINT WAS DISMISSED WITH LEAVE TO AMEND NO LATER THAN 45 DAYS FROM DECEMBER 6, 2011. I ASK THE COURT TO PLEASE BEAR WITH ME AS THIS IS MY FIST TIME PLACING A LAWSUIT LIKE THIS AND CANNOT AFFORD AN ATTORNEY AS WELL AS THERE IS NO IN PRO SE WORKSHOP IN THIS AREA. AND HAVE DIFFICULTIES UNDERSTANDING THE COURT PROCESS AND PROCEDURES AS WELL AS HAVING A LEARNING DISABILITY. YOUR UNDERSTANDING IN THIS MATTER IS DEEPLY APPRECIATED.

CV-127 (09/09) PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

JANUARY 11, 2012

SINCERELY YOURS,

*[signature]*

DANNY JOE HIRSCHFIELD
IN PRO SE
313 70TH STREET
CAPITOL HEIGHTS, MD
20743

Danny Joe Hirschfield
313 70th Street
Capitol Heights, Maryland, 20743

Office of the Clerk
United States District Court
Southern District of California
880 Front Street
San Diego, California 92101




RECEIVED
JAN 13 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

© USPS 2009



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org