1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14

| | |
|---|---|
| DANNY JOE HIRSCHFIELD, | Case No. 11cv2769 DMS (BLM) |
| Plaintiff, | **ORDER GRANTING MOTION** |
| vs. | **FOR EXTENSION OF TIME** |
| U.S. BORDER PATROL, *et al.*, | |
| Defendants. | |

15
16
17
18
19
20
21
22
23
24

In this civil rights action, Plaintiff, a non-prisoner proceeding *pro se*, filed a complaint and Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP" and "IFP Motion," respectively). On December 6, 2011, the Court granted Plaintiff's IFP Motion but dismissed the complaint pursuant to 28 U.S.C. Section 1915(e)(2)(B). Plaintiff was granted leave to file an amended complaint within forty-five (45) days from the date of the order. On January 13, 2012, Plaintiff filed a Motion to Extend Request for Time Extension ("Motion"). For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), his Motion is **GRANTED**. If Plaintiff intends to file an amended complaint, he must do so no later than **February 17, 2012**. Plaintiff is cautioned that the Court is not inclined to grant any additional extensions of time to amend the complaint, and that even

25
26
27
28

1   *pro se* litigants are bound by the Civil Local Rules of this District and Federal Rules of Civil

2   Procedure.  Civ. Loc. Rule 83.11.

3           **IT IS SO ORDERED.**

4

5   DATED:  January 19, 2012

6                                               _____

7                                               HON. DANA M. SABRAW
                                                United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28