Name: DANNY JOE HIRSCHFIELD
Address: 313 70TH STREET
CAPITOL HEIGHTS, MD 20743
Phone: (202) 714-5576
Fax:

In Pro Per

**FILED**
FEB 10 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANNY JOE HIRSCHFIELD

Plaintiff

v.

U.S. BORDER PATROL ET.AL,

Defendant(s).

CASE NUMBER: 11CV 2769 DMS-BLM

2/7/12
3:45 PM

TITLE OF PLEADING: AMEND TO COMPLAINT

ON DECEMBER 25, 2005 I WAS STOPPED AND SEARCHED BY U.S. BORDER PATROL AGENTS AS I WAS TRAVELING AND CROSSING FROM MEXICO TO THE UNITED STATES AT UNITED STATES BORDER CROSSING. A U.S. BORDER PATROL AGENT QUESTIONED ME ASKING ME TO STATE MY CITIZENSHIP IN WHICH I REPLIED "U.S AMERICAN". HE THEN ASKED ME "IS THAT ALCOHOL I SMELL ON YOUR BREATH" I REPLIED "NO SIR" AFTER SEARCHING THE TRUNK OF MY VEHICLE THE AGENT ASKED ME TO PULL OVER TO THE SECOND INSPECTION TAKING ME INSIDE OF BUILDING WHERE CALEXICO POLICE OFFICER ARRIVED AND CONDUCTED A FIELD SOBRIETY TEST AND DIDNT FINISH AND BUMPED MY HEAD AGAINST CONCRETE WALL INJURING ME
AND ARRESTED ME FOR DRIVING UNDER THE INFLUENCE,

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

AND IMPOUNDED MY VEHICLE. THE OFFICER THEN TOOK ME TO THE POLICE STATION AND GAVE ME A BREATHALYZER TEST THEN PUT ME IN A CELL. AFTER A FEW HOURS A DIFFERENT OFFICER HAD TOLD ME HE WAS GOING TO RELEASE ME AND WRITE ME A CITATION. I THEN ASKED THE OFFICER ABOUT MY VEHICLE, HE REPLIED "YOUR OUT OF LUCK PAL ITS A HOLIDAY WEEKEND" AND THAT MY VEHICLE WOULD NOT BE RELEASED. BEING SO INCONVINIENCED I TOLD THE OFFICER THAT I WAS NOT GUILTY OF ANY CRIMES, AND IT WAS UNFAIR WHAT IS HAPPENING, HE THEN REPLIED "YOU'RE GOING TO JAIL THEN, THE OFFICER TRANSPORTED ME TO THE IMPERIAL COUNTY JAIL WHERE SHERIFF DEPUTIES USING EXCESSIVE FORCE STRIPPED ME NAKED AND PUT ME IN A FREEZING COLD CELL. I WAS TOTALLY HUMILIATED FREEZING AND VERY NERVOUS ABOUT THIS HORRIBLE EXPERIENCE IN A CELL WRONGFULLY ARRESTED AND IMPRISONED FOR UNJUSTIFIED REASONS. IN THE MORNING A DOCTOR EVALUATED ME THEN I WAS PUT IN GENERAL POPULATION THE SAME EVENING ON 12/24/05 MY FATHER ROBERT HIRSCHFIELD POSTED BAIL FOR MY RELEASE.

ON 1/5/06 CASE #C857000 WAS REJECTED BY THE IMPERIAL COUNTY DISTRICT ATTORNEYS OFFICE FOR LACK OF EVIDENCE. I HAVE REQUESTED THE COURT TO FILE A LAWSUIT FOR $250,000 FOR PERSONAL DAMAGES, MENTAL DISTRESS AND VIOLATING MY CONSTITUTIONAL RIGHTS, OR WHATEVER CAN BE

JUSTIFIED AS RELIEF AND COMPENSATION FOR DAMAGES CAUSED BY THIS INCEDENT.

WITHOUT A DOUBT I WAS SINGLED OUT, AND TARGETED BY THE U.S. BORDER PATROL AGENT WITH NO PROBABLE CAUSE DISCRIMINATING ME FOR MY SLURRED SPEECH AS I HAVE A MENTAL DISABILITY THERE WHERE NO MOVING VIOLATIONS TO CONDUCT A FIELD SOBRIETY TEST. MY MIRANDA RIGHTS WERE NOT READ TO ME UPON ARREST.

THIS IS TOTAL HARASSMENT, DISCRIMINATION, POLICE MISSCONDUCT, WRONFULLY ARRESTED, FALSELY ACCUSED AND IMPRISONED. I SEEK FULL JUSTICE FOR THIS AND SEEK ALL AVAILABLE OPTIONS TO OBTAIN IT.

MY FOURTH AMENDMENT RIGHT TO THE U.S. CONSTITUTION WAS SEVERLY VIOLATED UNREASONABLE SEARCH AND SEIZURE OF MY PERSON AND VEHICLE WITH NO PROBABLE CAUSE. POLICE MISSCONDUCT USING EXCESSIVE USE OF FORCE BY CALEXICO POLICE DEPARTMENT AND IMPERIAL COUNTY SHERIFFS DEPUTIES AT JAIL.

MY FIFTH AMENDMENT RIGHT TO THE U.S CONSTITUTION WAS ALSO VIOLATED. I WAS DEPRIVED OF LIFE LIBERTY AND PROPETY WITHOUT THE DUE PROCESS OF LAW. CASE WAS REJECTED DUE TO LACK OF EVIDENCE. MY PRIVILEGES AS A CITIZEN OF THE UNITED STATES DEPRIVING ME OF LIBERTY AND PROPERTY, WITHOUT THE DUE PROCESS OF LAW AND DENYING ME WITHIN ITS JURISDICTION

THE EQUAL PROTECTION OF THE LAW.
MY SIXTH AMENDMENT VIOLATED. NO SPEEDY OR PUBLIC TRIAL AND NO ASSISTANCE OF COUNSEL FOR MY DEFENCE.
MY EIGHTH AMENDMENT RIGHT BEING VIOLATED WRONGFULLY IMPRISONED CRUEL AND UNUSUAL PUNISHMENT INFLICTED. VIOLATING MY FOURTEENTH AMENDMENT. BEING A CITIZEN OF THE UNITED STATES CROSSING U.S. BORDER A STATE ENFORCING A LAW THAT ABRIGED MY PRIVILEGES AS A CITIZEN OF THE UNITED STATES DEPRIVING ME OF LIBERTY AND PROPERTY WITHOUT THE DUE PROCESS OF LAW AND DENYING ME WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAW.
A COMPLAINT REPORT HAS BEEN FILED WITH THE U.S. DEPARTMENT OF JUSTICE DISABILITY RIGHTS SECTION ALLEGING DISABILITY DISCRIMINATION AND CIVIL RIGHTS VIOLATIONS. THE DOJ HAS DETERMINED THAT MY COMPLAINT RAISES ISSUES AND REFERRED MY CASE TO THE OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES, U.S. DEPARTMENT OF HOMELAND SECURITY, WASHINGTON, D.C. PLEASE FIND COPY OF DOJ NOTICE OF REFERRAL COMPLAINT ENCLOSED WITH THIS AMEND TO COMPLAINT.
AS OF 2/3/17 A WRITTEN REQUEST FOR REPORT #056901 ALONG WITH $30.00 POSTAL MONEY ORDER HAS BEEN SENT U.S. MAIL TO RECORDS CALEXICO POLICE

DEPARTMENT 420 EAST 5TH STREET CALEXICO, CA 92231. I SHOULD RECEIVE POLICE REPORT SOON TO SHOW THE COURT THE DOCUMENTATION TO SUPPORT MY STATMENTS. BASED ON THE FACTS SET FORTH IN THIS AMEND TO MY COMPLAINT I ASK THE COURT TO REOPEN THIS CASE OF POLICE STATE INJUSTICE. THANK YOU. SINCERELY YOURS,

2/7/12 [signature]

DANNY JOE HIRSCHFIELD
IN PRO SE LITIGANT
313 70TH STREET
CAPITOL HEIGHTS, MD
20743
(202) 714 5576 USA



U.S. Department of Justice

Civil Rights Division

Disability Rights Section - NYA
950 Pennsylvania Ave, NW
Washington, DC 20530

NOV 29 2011

## Notice of Referral of Complaint

**Reference:** CTS# 383115; Danny J. Hirschfield, Capitol Heights, MD regarding U.S. Border Patrol, Calexica, CA; received by DOJ on October 19, 2011

The Disability Rights Section has received your complaint alleging disability discrimination. After careful review, we have determined that your complaint raises issues that are more appropriately addressed by the Department of Homeland Security. We, therefore, have referred your complaint to that agency for appropriate action. The Disability Rights Section will take no further action on the matter that has been referred. To check the status of your complaint, or to submit additional information, please contact the following:

> Ms. Margo Schlanger
> Officer
> Office for Civil Rights and Civil Liberties
> Building 410, Mail Stop 0190
> U.S. Department of Homeland Security
> Washington, DC 20528
> (202) 401-1474 (Voice)
> (202) 401-0470 (TTY)

DJ# 202-12-0

DANNY JOE HIRSCHFIELD
313 70TH STREET
CAPITOL HEIGHTS, MARYLAND 20743
(202) 714-5576

RE: REPORT 056901
CASE # C857000

CALEXICO POLICE DEPARTMENT
420 EAST 5TH STREET
CALEXICO, CA 92231

FEB. 3, 2012

ATTN: RECORDS.

TO WHOM IT MAY CONCERN,

AS PER MY CONVERSATION WITH MS. JIMENEZ I AM REQUESTING POLICE REPORT # 056901 AN ARREST ON 12/25/03 IN WHICH WAS NOT FILED BY THE DISTRICTS ATTORNEYS OFFICE ON 1/5/06 CASE WAS DROPPED WITH NO COURT APPEARANCE DUE TO INNSUFFICIENT LACK OF EVIDENCE. I AM REQUESTING THE REPORT AND LETTER THAT STATES THIS OUTCOME PLEASE SEND TO ADDRESS ABOVE. FIND ENCLOSED A M.O FOR $30.00 AND COPY OF MY ID THANK YOU

DANNY JOE HIRSCHFIELD

Danny Joe Hirschfield
313 70th Street
Capitol Heights, MD 20743

United States District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, California


© USPS 2009

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 


RECE'D
FEB 10 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org